# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | | |
|---|---|---|
| SANDRA PATRICIA ORTEGA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-102 |
| | § | |
| MOTORS INSURANCE CORPORATION | § | |

TYPE OF CASE: __X__ CIVIL  ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

STATUS CONFERENCE
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

SEPTEMBER 4, 1998 AT 1:30 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE



DATE: AUGUST 3, 1998

TO:  MR. ED STAPLETON & MR. MICHAEL COWEN
 MR. RAUL A. RIOS
 MR. DAVID M. TAYLOR & MR. RICHARD M. MOSHER
 MR. NORTON A. COLVIN, JR.
 MR.. RUFINO E. LOPEZ, JR.