United States District Court
Southern District of Texas
ENTERED

SEP 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANDRA PATRICIA ORTEGA | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-97-102 |
| | § | |
| MOTORS INSURANCE CORPORATION | § | |

## FINAL ORDER OF DISMISSAL

ON THIS DAY came on for consideration of this PROPOSED AGREED ORDER OF DISMISSAL with prejudice as to all claims associated with this suit involving uninsured and/or underinsured motorist benefits.

It is represented to the Court as evidenced by the signature of counsel to this proposed order that the parties have settled all of the claims, including all claims for bad faith claims handling and for contractual claims under the policies.

IT IS ORDERED that all claims of Sandra Patricia Ortega against Motors Insurance Corporation are dismissed with prejudice. It is further **ordered** that each party shall bear their own costs.

This is a final order. All other relief not expressly granted by this Order is denied.

Signed this 2ND day of SEPTEMBER, 1998, AT BROWNSVILLE, TEX

PRESIDING UNITED STATES DISTRICT JUDGE

JOHN WM. BLACK
U.S. MAGISTRATE JUDGE

FINAL ORDER OF DISMISSAL - Page 1

Doc ID MOSHR-353354 1
0183-0044

AGREED TO:

By: _____
Raul Rios
State Bar No. 1693 5870

LAW OFFICES OF PAT MALONEY
322 West Woodlawn Avenue
San Antonio, Texas 78212

ATTORNEYS FOR SANDRA PATRICIA ORTEGA, PLAINTIFF


By: _____
Richard M. Mosher
State Bar No. 14580300

THOMPSON, COE, COUSINS & IRONS, L.L.P.
200 Crescent Court, 11th Floor
Dallas, Texas 75201-1853
Telephone: (214) 871-8200
Telecopy: (214) 871-8209

ATTORNEYS FOR MOTORS INSURANCE CORPORATION

**FINAL ORDER OF DISMISSAL** - Page 2

Doc ID MOSHR-353354 1
0183-0044